```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MOHD NAJIB BIN ABD RAZAK,

                        Petitioner,                  1:20-mc-00387 (JGK) (KHP)

       -against-                                               **ORDER**

TIMOTHY LEISSNER and THE GOLDMAN
SACHS GROUP, INC.,

                        Respondents.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 14, 2021 Petitioner Razak filed a letter on ECF informing this court about a pending criminal case in the Eastern District of New York (the "EDNY Action"). Specifically, the letter highlighted a separate letter filed in the EDNY Action that purportedly bears on the petition seeking certain discovery before this Court. Then, on March 19, 2021, the government filed its response, which essentially asserts that the letter filed in the EDNY Action is marginally relevant, if at all relevant, to the petition pending before the undersigned. As part of its response, the government also requested that this Court issue an order permitting the government to disclose ex parte filings from this case to the Hon. Margo K. Brodie, the presiding Judge in the EDNY Action, so that Judge Brodie might consider the arguments asserted in those briefs. The Court sees no issue with permitting the government to provide Judge Brodie with the unredacted briefs filed in this case. Indeed, the Court finds that disclosing these briefs may promote judicial efficiency and could aid Judge Brodie in making

certain determinations in the EDNY Action.  Accordingly, the government is hereby permitted to disclose to Judge Brodie, in camera and ex parte, its unredacted filings made in support of its motion to intervene and for a stay in this case.

**SO ORDERED.**

DATED:  New York, New York
March 22, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge