UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOHD NAJIB BIN ABD RAZAK., <br><br> Petitioner, <br><br> v. <br><br> TIMOTHY LEISSNER AND THE GOLDMAN SACHS GROUP, INC., <br><br> Respondents. | No. 1:20-mc-00387(JGK)(KHP) <br><br> Hon. John G. Koeltl <br> United States District Judge <br><br> Hon. Katharine H. Parker <br> Magistrate Judge <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that going forward Petitioner Mohd Najib Bin Abd Razak will no longer be represented in this matter by David Locke Hall.

Accordingly, pursuant to Local Rule 1.4, Petitioner respectfully requests that the Court order the withdrawal of counsel, David Locke Hall and no longer send him docketing notifications via the ECF system. As counsel Kevin Carroll, Paul Aaron Tuchmann and John Matthew Doroghazi will continue to represent Petitioner, Mr. Hall's participation is no longer necessary.

Withdrawing counsel is neither retaining nor charging a lien.

SO ORDERED:

7/1/21

_____
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2021

Dated: July 1, 2021                              Respectfully submitted,

*/s/ David L. Hall*

DAVID LOCKE HALL
Attorney

Wiggin & Dana, LLP
Liberty Place, 2
50 S 16th St. #2925
Philadelphia, PA 19102
Tel.: (215) 988-8325
Email: dhall@wiggin.com

*Counsel for Petitioner*