UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: RENEWED AND REVISED EX PARTE
APPLICATION OF MOHD NAJIB BIN ABD
RAZAK,

    20-mc-387 (JGK)

   Petitioner,

    ORDER

 - against -

FOR AN ORDER PURSUANT TO 28 U.S.C.
§ 1782 TO TAKE DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS FROM: TIM
LEISSNER, AGNIFILO INTRATER LLP,
BRAFMAN P.C. AND MARC A. AGNIFILO,

   Respondents.

---

JOHN G. KOELTL, District Judge:

  The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated April 25, 2025. ECF No. 103. The Report and Recommendation recommends that the Court deny the petitioner's application to reopen this discovery proceeding pursuant to 28 U.S.C. § 1782 which had been voluntarily dismissed without prejudice nearly three years before.

  No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well-founded and should be adopted. The Court therefore adopts the Report and Recommendation.

  Accordingly, the petitioner's application to reopen this proceeding is **denied.** As the Magistrate Judge noted, because the

prior action was dismissed without prejudice, the petitioner retains the right to pay the filing fee and file a new action.

The Clerk is respectfully requested to close ECF Nos. 64 and 66.

SO ORDERED.

Dated:  New York, New York
        May 12, 2025

_____
John G. Koeltl
United States District Judge

2